IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>ENRIQUE MARTINEZ,<br><br>            Defendant. | 8:16CR81<br><br>ORDER FOR DISMISSAL |

This matter is before the Court on Plaintiff's Motion to Dismiss (Filing No.74) the Petition for Warrant or Summons for Offender Under Supervision (Filing No.44) and the Amended Petition for Warrant or Summons for Offender Under Supervision (Filing No.60). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. The United States' Motion (Filing No. 74) is granted and the Petition for Offender Under Supervision (Filing No. 44) and the Amended Petition for Warrant or Summons for Offender Under Supervision (Filing No. 60) are dismissed.

Dated this 3rd day of August, 2020.

BY THE COURT:

JOSEPH F. BATAILLON
Senior United States District Judge